HOHMAN ET AL., APPELLANTS, *v.* WENTSLER, APPELLEE, ET AL.

[Cite as Hohman *v.* Wentsler (1988), 35 Ohio St. 3d 195.]

(No. 87-23—Decided February 24, 1988.)

*Phillips & Co., L.P.A.,* and *Gerald W. Phillips,* for appellants.

*Roetzel & Andress* and *Edward A. DiGiantonio,* for appellee Norman E. Wentsler, M.D.

The judgment of the court of appeals (case No. 12527) is reversed on authority of *Hardy* v. *VerMeulen* (1987), 32 Ohio St. 3d 45, 512 N.E. 2d 626, and *Hershberger* v. *Akron City Hosp.* (1987), 34 Ohio St. 3d 1, 516 N.E. 2d 204. The cause is remanded to the trial court for further proceedings.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS and H. BROWN, JJ., concur.

WRIGHT, J., dissents.